FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0265

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0265

_____

KEENYA WALKER, an individual,

     Plaintiff and Appellee,

v.

SIDNEY WALKER, an individual,

     Defendant and Appellant.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Sidney Walker, Keenya Walker, and to the Honorable Andrew Breuner, District Judge.

For the Court,